195 So. 293

### Jim SMITH v. STATE.

#### 6 Div. 653.

Supreme Court of Alabama.
March 28, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the motion.

Pennington & Tweedy, of Jasper, and John Posey, of Haleyville, opposed.

GARDNER, Justice.

Petition of the State of Alabama, by its Attorney General, for certiorari to Court of Appeals to review and revise the judgment and decision of that Court in the case styled Smith v. State, 195 So. 290.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.